```
                                                      FILED
                                                 U.S. DISTRICT COURT
                                               EASTERN DISTRICT OF LA

                                                 2005 NOV 14  AM 7:49

                                                  LORETTA G. WHYTE
                                                       CLERK
```

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **CHADWICK DENNIS #324475** | * | **CIVIL ACTION** |
| **VERSUS** | * | **NO: 04-2164** |
| **BURL CAIN, WARDEN** | * | **SECTION: "S"(6)** |

### ORDER

The Court, having considered the petition, the record, the applicable law, the Report and Recommendation of the United States Magistrate Judge, and the failure of any party to file an objection to the Magistrate Judge's Report and Recommendation, hereby approves the Report and Recommendation and adopts it as its opinion herein.

Accordingly,

**IT IS ORDERED** that petitioner's application for habeas corpus relief pursuant to Title 28, United States Code, Section 2254, is hereby **DENIED**.

New Orleans, Louisiana, this __10__ day of _November_, 2005.


_____
UNITED STATES DISTRICT JUDGE

```
___ Fee_____
___ Process_____
_X_ Dktd_____
___ CtRmDep_____
___ Doc. No._____
```